Larry D. HIBLER and Juanita Hibler, Petitioners,

v.

COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 24318.

United States Court of Appeals
Fifth Circuit.

Nov. 2, 1967.

Edward R. Smith, Smith & Baker, Lubbock, Tex., for petitioners.

Mitchell Rogovin, Asst. Atty. Gen., Richard C. Pugh, Acting Asst. Atty. Gen., Lee A. Jackson, Grant W. Wiprud, Donald A. Statland, Attys., Dept. of Justice, Washington, D. C., for respondent.

Before JONES and GODBOLD, Circuit Judges, and SCOTT, District Judge.

PER CURIAM:

The facts giving rise to this appeal and the controlling principles of law are set forth in the opinion of the Tax Court. Hibler v. Commissioner, 46 T.C. 663. We are in agreement with its decision. The appellant on argument stresses the

opinion of this Court in Moberg v. Commissioner, 5 Cir., 365 F.2d 337, which was decided too late for consideration by the Tax Court. The facts of the *Moberg* case distinguished it from this case and make inapplicable the rule there announced. The decision of the Tax Court is

Affirmed.

Marshall D. COLEMAN, Appellant,

v.

UNITED STATES of America, Appellee.

No. 24172.

United States Court of Appeals
Fifth Circuit.

Nov. 2, 1967.

Rehearing Denied Dec. 18, 1967.

Armis E. Hawkins, Houston, Miss., for appellant.

H. M. Ray, U. S. Atty., Oxford, Miss., Raymond L. McGuire, Asst. U. S. Atty., Oxford, Miss., for appellee.

Before JONES and GODBOLD, Circuit Judges, and SCOTT, District Judge.

PER CURIAM:

The questions presented by this appeal are discussed in an opinion of the district court in which the controlling principles are set forth. United States v. Coleman, D.C., 259 F.Supp. 394. We think no more need be said than has been said by the district court. Its judgment is

Affirmed.